AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Mayra OROZCO-DIAZ<br><br>*Defendant(s)* | Case No.<br><br>EP:25-M-03156-MAT |

**FILED**
June 17, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: __Fidel Morales__
DEPUTY

## AMENDED CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 4, 2025__ in the county of __El Paso__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 111 | Assault on a Federal Officer |
| 18 USC 1546 | Fraud and Misuse of Visas, Permits, or Other Documents |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

Complaint sworn to telephonically on __June 17, 2025__ at __03:19 PM__ and signed electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

**ROBERT B BOONE**
Digitally signed by ROBERT B BOONE
Date: 2025.06.10 15:57:41 -06'00'
*Complainant's signature*

Robert Boone, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __06/17/2025__

*Judge's signature*

City and state: __El Paso, Texas__   Miguel Torres, United States Magistrate Judge
*Printed name and title*

AFFIDAVIT

On June 4th, 2025, at approximately 10:25 pm, Mayra OROZCO-DIAZ applied for entry into the United States from the Republic of Mexico, through the pedestrian lanes of the Paso Del Norte Port of Entry in El Paso, Texas.

At the primary inspection point, OROZCO-DIAZ presented a SENTRI card bearing the name Magdalena Margarita OROZCO DIAZ. Customs and Border Protection Officers (CBPO's) at the primary inspection point did not believe that OROZCO-DIAZ was the person shown in the SENTRI card. Records checks revealed that OROZCO-DIAZ was a Mexican National previously removed from the United States on a voluntary departure.

OROZCO-DIAZ was escorted to secondary inspection without any restraints. At this time, CBPO Medina and CBPO Torres approached OROZCO-DIAZ for a pat down search for officer safety. CBPO's asked OROZCO-DIAZ to remove her jewelry and hair clips. OROZCO-DIAZ refused to remove her hair clip stating that she was not trying to conceal anything in her hair. CBPO's again asked OROZCO-DIAZ to remove her hair clip, and OROZCO-DIAZ took the hair clip out and threw it on the floor. OROZCO-DIAZ began to yell and curse at CBPO's, and CBPO Medina observed pre-assault indicators from OROZCO-DIAZ, such as clenched teeth, balled fists, flushed face, shouting, profanity, and tight lips.

At this point, CBPO Medina put her hands on OROZCO-DIAZ's shoulders to have her turn around so that handcuffs could be placed on her. At this point, OROZCO-DIAZ began to resist and began striking CBPO Medina on her face. OROZCO-DIAZ also grabbed CBPO Median by her throat which left Medina with a scratch on her throat and a sore neck. Other CBPO's assisted Medina and Torres in restraining OROZCO-DIAZ. During this time, OROZCO-DIAZ shouted that she was a member of the Sinaloa Cartel. OROZCO-DIAZ also shouted a Hispanic male's name and shouted to CBPO's that he would "take care of them".

OROZCO-DIAZ was placed in handcuffs and detained in a holding cell at the port of entry.

Homeland Security Investigations Special Agents responded to the port of entry. OROZCO-DIAZ was read her Miranda Rights in English and agreed to answer questions without the presence of an attorney. During the interview, OROZCO-DIAZ stated that she had attempted to use her sister's identification to enter the United States. Agents questioned OROZCO-DIAZ about what occurred during the incident, and she stated that she did not remember and that she did not want to answer any questions.